No. 73–6866.  MULHALL v. INMONT CORP.  C. A. 6th Cir.  Certiorari denied.

No. 73–6869.  HARDY v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 73–6870.  HAYES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–6871.  SAPPINGTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–6872.  OHMERT v. YOUNG.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–6873.  BONNER ET AL. v. MARKS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 73–6880.  MARTLEY v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 73–6881.  NEAL v. SMITH, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–6882.  MURPHREE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6883.  WILLIAMS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 73–6886.  O'QUINN v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–6888.  GIOVINE v. MACK TRUCKS ET AL.  Super. Ct. N. J.  Certiorari denied.

No. 73–6889.  SCHMIDT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.